UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS K. IVEY, | Case No. 14-cv-02289 NC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CHASE BANK, ALAW, | |
| Defendants. | |

Defendant Chase Bank has moved to dismiss plaintiff's complaint in this mortgage foreclosure action. The Court is concerned that one of the defendants, ALAW, also known as Albertelli Law, has not appeared or consented to the jurisdiction of a magistrate judge. *See Roell v. Withrow*, 538 U.S. 580, 592 (2003) ("consent is a precondition to the magistrate judge's exercise of case-dispositive power."). In order to determine whether it is appropriate to issue a ruling or a report and recommendation, the Court needs to know whether defendant ALAW has been served with the summons and complaint. Plaintiff must either file the proof of service, or inform the Court that defendant ALAW has not been served, within seven days of this order.

IT IS SO ORDERED.

Date: July 16, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge