```
 1  PHILIP A. MCLEOD, CASB No. 101101
    philip.mcleod@kyl.com
 2  NATHAN R. JASKOWIAK, CASB No. 248007
    nathan.jaskowiak@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  450 Pacific Avenue
    San Francisco, California  94133
 5  Telephone:    (415) 398-6000
    Facsimile:    (415) 981-0136
 6
    Attorneys for Defendant
 7  JPMORGAN CHASE BANK, N.A., erroneously sued herein as CHASE BANK
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Douglas K. Ivey, | Case No. C 14-02289 NC |
|                 Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
|     vs. | |
| Chase Bank, ALAW, and Does 1 to 10, inclusive, | Date:    August 20, 2014<br>Time:    10:00 a.m. |
|                 Defendants. | Place:    Courtroom A, 15th Floor |

1  Plaintiff DOUGLAS K. IVEY ("Plaintiff"), Defendant JPMORGAN CHASE BANK, N.A.
2  (erroneously sued herein as Chase Bank) ("Chase"), and Defendant ALAW, by and through their
3  counsel of record, hereby stipulate as follows:
4      1.    On August 1, 2014, the Court granted Chase's Motion to Dismiss the Complaint with
5  leave to amend.  Plaintiff's deadline to file an amended complaint is August 22, 2014.
6      2.    The Initial Case Management Conference is scheduled for August 20, 2014 at 10:00
7  a.m.  Because the pleadings will not be at issue by August 20, 2014, the parties hereby stipulate in the
8  judicial economy to continue the Initial Case Management Conference, and the deadlines triggered by
9  that date, until a future date when the pleadings are at issue.
10  **IT IS SO STIPULATED**

12  DATED:  August 7, 2014      /s/ Nathan R. Jaskowiak
13      PHILIP A. MCLEOD
    NATHAN R. JASKOWIAK
14      KEESAL, YOUNG & LOGAN
    Attorneys for Defendant
15      JPMORGAN CHASE BANK, N.A., erroneously sued herein as CHASE BANK

17  DATED:  August 7, 2014      /s/ Matthew Van Fleet
18      MATTHEW VAN FLEET
    ALBERTELLI LAW PARTNERS
19      CALIFORNIA, P.A.
    Attorneys for Defendant
20      ALAW

22  DATED:  August 7, 2014      /s/ Peter Winkler
23      PETER WINKLER
    Attorneys for Plaintiff
    DOUGLAS K. IVEY

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, the Initial Case Management Conference is rescheduled to _____October 22, 2014_____ at 10:00 a.m. in Courtroom A, 15th Floor.  The last day to file a Rule 26(f) Report and Joint Case Management Statement shall be one week prior to the Initial Case Management Conference.  The last day to (1) meet and confer in advance of the filing of the Rule 26(f) Report and Joint Case Management Statement; (2) file an ADR Certification; and (3) file either a Stipulation of ADR Process of Notice of Need for ADR Phone Conference, shall be three weeks prior to the Initial Case Management Conference.

**IT IS SO ORDERED.**

DATED:  _____August 8_____, 2014           _____
                                              THE HONORABLE NATHANAEL M. COUSINS
                                              UNITED STATES MAGISTRATE JUDGE

*GRANTED*
*Judge Nathanael M. Cousins*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**FILER'S ATTESTATION**

I, Nathan R. Jaskowiak, am the ECF user whose ID and password are being used to file this Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the attorney's listed as signatories above have concurred in this filing.

DATED:  August 7, 2014            /s/ Nathan R. Jaskowiak_____
                                  NATHAN R. JASKOWIAK