UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS K. IVEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE BANK, et al.,<br><br>    Defendants. | Case No. 14-cv-02289-NC<br><br>**ORDER REGARDING WITHDRAWAL OF COUNSEL**<br><br>Re: Dkt. Nos. 59, 60 and 61 |

The request for withdrawal by plaintiff's counsel, docket entry 59, is denied without prejudice for failure to comply with the requirements of Local Rules 11-5(a) and (b). In light of the requested withdrawal and the letters submitted at docket entries 60 and 61, the Court continues by 14 days the deadline to respond and reply to the pending motion to dismiss. The hearing on the motion to dismiss remains on calendar for April 1.

**IT IS SO ORDERED.**

Dated:  February 26, 2015                    _____
                                             NATHANAEL M. COUSINS
                                             United States Magistrate Judge

Case No.: 14-cv-02289-NC