IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS IVEY, | Case No. 3:14-cv-02289 NC |
| Plaintiff, | **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY** |
| v. | |
| CHASE BANK, et al., | |
| Defendants. | |

On March 17, 2015 , plaintiff's counsel filed a request to appear telephonically at the case management conference set for March 18, 2015 at 10:00 a.m . Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED.  Counsel must stand by beginning at the date and time above until called by the Court.

Dated: March 17, 2015

NATHANAEL COUSINS
United States Magistrate Judge