AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  Northern  | **District of** | California |

| Douglas K. Ivey | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Chase Bank, etal | CASE NUMBER: C 14-02289 NC |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Douglas K. Ivey__ substitutes
(Party (s) Name)

__Douglas K. Ivey, In pro per_____, State Bar No. __n/a__ as counsel of record in
(Name of New Attorney)

place of __Peter Winkler, Attorney at Law_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:     n/a
  Address:       3330 Paradise Drive, Tiburon, California 94920
  Telephone:     (415) 435-1168          Facsimile
  E-Mail (Optional):

I consent to the above substitution.

Date: 2/18/2015

*(signature)* Douglas K. Ivey
(Signature of Party (s))

I consent to being substituted.

Date: 2/18/2015

Peter Wnkler  *Digitally signed by Peter Wnkler*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 18, 2015

**GRANTED**
Judge Nathanael M. Cousins

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]