# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS K. IVEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHASE BANK,<br><br>　　　　　Defendant. | Case No. 14-cv-02289 NC<br><br>**ORDER GRANTING LEAVE TO FILE FOURTH AMENDED COMPLAINT; AND SETTING FURTHER CASE MANAGEMENT CONFERENCE FOR MAY 20, 2015, 10:00 A.M.** |

　　Leave to amend pleadings should be given freely when required by justice. Fed. R. Civ. P. 15(a)(2). In this case, the Court finds that justice requires that plaintiff Ivey be given leave to file a Fourth Amended Complaint for five reasons: (1) Ivey's opposition to Chase Bank's motion to dismiss asks the Court to strike portions of the Third Amended Complaint (Dkt. No. 76); (2) Ivey sent a letter to the Court before he was represented by his present counsel asking for leave to amend (Dkt. No. 64); (3) the Third Amended Complaint appears to include dates that are incorrect, and amendment would allow for correction; (4) Ivey replaced his counsel after the Third Amended Complaint was filed; and (5) Chase Bank has suggested that sanctions might be appropriate based on the Third Amended Complaint, and a repleading will help the Court to determine if the errors in the Third Amended Complaint are accidents or purposeful, or somewhere in between.

Case No. 14-cv-02289 NC
LEAVE TO AMEND

1   For these reasons, Ivey may file a Fourth Amended Complaint by April 10, 2015.
2   Chase Bank's motion to dismiss the Third Amended Complaint (Dkt. No. 58) is denied as
3   moot. Ivey and his new counsel are cautioned that his Fourth Amended Complaint must
4   comply with Federal Rule of Civil Procedure 11(b).

5   The Court also sets a further case management conference for May 20, 2015, 10:00
6   a.m., in San Jose courtroom 7. The parties may participate by telephone by providing
7   contact information to the Courtroom Deputy in advance. Updated case management
8   statements are due May 13.

9   IT IS SO ORDERED.

10  Date: March 31, 2015

    Nathanael M. Cousins
    United States Magistrate Judge